UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE C. STREETER,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Case No. 2:25-cv-11047-VBF-PD<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Date: October 9, 2026

Valerie Baker Fairbank

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE