JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE C. STREETER,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Case No. 2:25-cv-11047-VBF-PD<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

Date: October 9, 2026

Valerie Baker Fairbank

The Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE